THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile: (562) 632-1301
JUDITH S. LELAND (State Bar No: 63747)
MICHAEL T. KEATING (State Bar No: 266562)
E-mail: tracey@disabilitylawfirm.com
Attorneys for Plaintiff

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
PTRICK W. SNYDER, CSBN 260690
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    Email: marla.letellier@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| GREGORY ALLEN WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL[1], Acting Commissioner of Social Security,<br><br>Defendant. | Case No. EDCV 18-2011-E<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

---

[1] Initially, Plaintiff commenced this action against Nancy A. Berryhill, Acting Commissioner of the Social Security Administration. On June 4, 2019, Andrew M. Saul became the Commissioner of the Social Security Administration, replacing Acting Commissioner Nancy A. Berryhill. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew M. Saul should be substituted, therefore, for Acting Nancy A. Berryhill as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of 42 U.S.C. § 405(g).

Case 5:18-cv-02011-E

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND SEVEN HUNDRED and TWENTY-NINE Dollars and 60cents [$3,729.60] as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated: 8/13/19

HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE